Dismissed and Memorandum Opinion filed March 4, 2004









Dismissed and Memorandum Opinion filed March 4, 2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00085-CV

____________

 

KAREN WILSON
CRAWFORD (formerly Karen Wilson Mehl), Appellant

 

V.

 

KEVIN LESTER
MEHL, Appellee

 



 

On Appeal from the
246th District Court

Harris County, Texas

Trial Court Cause
No. 03-21909

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a final decree of divorce signed
December 30, 2003.  On February 24, 2004,
appellant filed a motion to dismiss the appeal because the case has been
settled.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed March 4, 2004.

Panel consists of Chief Justice
Hedges and Justices Frost and Guzman.